Keith Antonio EDMONDS,
Petitioner–Appellant,

v.

G.K. WASHINGTON, Respondent–
Appellee.

No. 03–6887.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 7, 2003.

Keith Antonio Edmonds, Appellant Pro
Se. Leah Ann Darron, Assistant Attorney
General, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER,
and MICHAEL, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Keith Antonio Edmonds seeks to appeal
the district court's order denying relief on
his petition filed under 28 U.S.C. § 2254
(2000). An appeal may not be taken from
the final order in a § 2254 proceeding
unless a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by dem-
onstrating that reasonable jurists would
find that his constitutional claims are de-
batable and that any dispositive procedural
rulings by the district court are also debat-
able or wrong. *See Miller–El v. Cockrell,*
537 U.S. 322, 123 S.Ct. 1029, 1039–40, 154
L.Ed.2d 931 (2003); *Slack v. McDaniel,*
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683 (4th Cir.), *cert. denied,* 534 U.S.
941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001).
We have independently reviewed the rec-
ord and conclude that Edmonds has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*